FRANK E. PATE, Respondent, *v.* SAYRE MOULDING COMPANY, LIMITED, Appellant.

*Pate* v. *Sayre Moulding Co.*, 101 App. Div. 608, affirmed.
(Argued January 29, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 24, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Julian G. Roberts* and *Albert G. Milbank* for appellant.

*Augustus J. Koehler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.